

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00826-CV

**IN THE INTEREST OF K.N.J., ET AL., CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01058
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is a parental termination appeal in which appellant filed a notice of appeal asserting she is appealing the order of termination "heard on October 17, 2018." The clerk's record, however, did not contain a copy of a signed order terminating appellant's parental rights. Thus, on December 4, 2018, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction based on the absence of an appealable order or judgment. Thereafter, on December 21, 2018, the trial court clerk filed a supplemental clerk's record containing an Order of Termination signed by the trial court on December 20, 2018. Accordingly, we ORDER appellant's brief be filed on or before January 29, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court